32 So.3d 729 (2010)
Antonio T. NEAL, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-4546.
District Court of Appeal of Florida, Fifth District.
April 13, 2010.
Antonio T. Neal, Bowling Green, pro se.
Bill McCollum, Attorney General, Tallahassee, and Pamela J. Koller, Assistant *730 Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. Miller v. State, 814 So.2d 1131 (Fla. 5th DCA 2002).
MONACO, C.J., GRIFFIN and TORPY, JJ., concur.